**Order entered September 29, 2020**



In the
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00249-CR

### JAMES GAVIN OVERLOON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 291st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F18-00354-U

## ORDER

Before the Court is appellant's September 25, 2020 third motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed by on October 5, 2020.

/s/   CORY L. CARLYLE
      JUSTICE